(87 South. 410)

### McGILVARY v. STATE.    (4 Div. 902.)

(Supreme Court of Alabama.   Dec. 2, 1920.)

Certiorari to Court of Appeals.

Buddie McGilvary was convicted of embezzlement, and, conviction having been affirmed by the Court of Appeals (17 Ala. App. 588, 87 South. 409), he petitioned for a writ of certiorari.  Writ denied.

Winn & Winn, of Clayton, for appellant.
J. Q. Smith, Atty. Gen., for the State.

PER CURIAM.   Petition of Buddie McGilvary for certiorari to the Court of Appeals to renew and revise the judgment of said court rendered in the appeal of Buddie McGilvary v. State of Alabama, 17 Ala. App. 588, 87 South. 409.

Writ denied.